**No. 11-7350. Richard Earl George, Petitioner v. V. M. Almager, Warden, et al.**

565 U.S. 1163, 132 S. Ct. 1105, 181 L. Ed. 2d 989, 2012 U.S. LEXIS 891.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 432 Fed. Appx. 683.